## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## ALBANY DIVISION

| | |
|---|---|
| JOANNE EDWARDS, | : |
| Plaintiff, | : |
| v. | : |
| | : CASE NO.: 1:14-CV-6 (WLS) |
| ALBANY AREA COMMUNITY SERVICE BOARD, *et al.* | : |
| Defendants. | : |

## **ORDER**

Presently pending before the Court is Plaintiff's request to withdraw her complaint and related motions. (Doc. 5.) Her request (Doc. 5) is **GRANTED**. Accordingly, her complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE** and her Motion to Proceed *In Forma Pauperis* (Doc. 2) and Motion to Appoint Counsel (Doc. 3) are **DENIED AS MOOT.**

**SO ORDERED**, this  15th  day of January 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**

1